**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

ROBERT LENOX,

      Plaintiff,

                                CASE NO.: 2:16-CV-829-FtM-99CM

vs.

SIMON'S LAWN CARE, INC., a
Florida Profit Corporation;
A.J. SIMON, Individually,

      Defendants.
_____/

## NOTICE OF FILING

COMES NOW, the Plaintiff, ROBERT LENOX, by and through counsel, gives notice of filing the parties' amended Settlement Agreement, which has been amended to comply with this Court's Order dated January 25, 2017 [D.E. 18].

Respectfully submitted this 31st day of January, 2017.

                                        /s/ANGELI MURTHY
                                        ANGELI MURTHY, ESQ.
                                        FL Bar No.: 088758
                                        MORGAN & MORGAN, P.A.
                                        600 North Pine Island Road, Suite 400
                                        Plantation, Florida 33324
                                        Tel: 954-318-0268
                                        Fax: 954-327-3016
                                        E-Mail: **Amurthy@forthepeople.com**

                                        **Trial Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send notification of such filing to all counsel of record.

/s/ ANGELI MURTHY
ANGELI MURTHY, ESQ.